**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURA A. PLUMLEE, an individual on behalf of herself and all other persons similarly situated,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>PFIZER, INC., a New York corporation,<br><br>　　　　　Defendant-Appellee. | No.　14-16924<br><br>D.C. No. 5:13-cv-00414-LHK<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

　　The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and records and the decisional process would not be significantly aided by oral argument.

　　Therefore, this case is ordered submitted without oral argument on Monday, October 17, 2016, in San Francisco, California. Fed. R. App. P. 34(a)(2).

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　By: Omar Cubillos
　　　　　　　　　　　　　　　　　Deputy Clerk